UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:09-MJ-1456

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | |
| | ) | **DISMISSAL ORDER** |
| BURKEEN, AMY L. | ) | |

The GOVERNMENT moves for dismissal without prejudice of the above-captioned case for the following reason: Prosecutorial Discretion.

Offense: Simple Possession (Marijuana and Cocaine)

Category: Class A misdemeanor

Offense date: September 17, 2008

Submitted on: March 20, 2014

                                        */s/ Yolanda McCray Jones*
                                        YOLANDA MCCRAY JONES
                                        Special Assistant U.S Attorney
                                        XVIII Airborne Corps & Fort Bragg
                                        Fort Bragg, NC 28307-5000
                                        (910) 396-1221/1222

Leave for dismissal is granted and it is hereby ORDERED that the captioned case be dismissed without prejudice.

This ___20th___ day of ___March___, 2014.

                                        _____
                                        United States Magistrate Judge